PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Glenn Thompson        **Docket Number:** 10-00521-001
       **PACTS Number:** 44238

**Name of Sentencing Judicial Officer:** Honorable Richard J. Arcara, USDJ, Western District of New York

**Name of Assigned Judicial Officer:** Honorable William H. Walls, Sr. USDJ

**Date of Original Sentence:** 08/06/2008

**Original Offense:** Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine

**Original Sentence:** 41 months imprisonment; 3 years supervised release; $100 special assessment.

**Date of Violation of Supervised Release:** 08/03/2011

**Sentence on Violation:** 6 months imprisonment; 2 years supervised release.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 02/02/12

**Assistant U.S. Attorney:** Jose Almonte, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Federal Public Defender, John Yauch, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | While in the offender's residence on March 1, 2012, Thompson attempted falsify a drug test. On that date, while in the presence of his probation officer, the offender took a bottle of liquid out of the groin area of his pants and poured it into the drug testing device. While doing so, Thompson dropped the bottle's cap into the toilet. After being confronted, the offender admitted to two probation officers that he had attempted to falsify the urinalysis. Under New Jersey Penal Law, attempting to "Defraud the Administration of a Drug Test" is a 3rd degree felony offense (NJ Statute 2C:36-10). |

The Probation Office has determined this conduct constitutes a **Grade B violation.**

2   The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On March 1, 2012, after being directed by probation to provide a urine sample for drug testing and after being court ordered to provide urine samples for drug testing on August 3, 2011, Thompson attempted falsify a drug test, in an attempt to Obstruct a Court Order," in violation of 18 U.S.C § 1509, a Grade A misdemeanor offense.

The Probation Office has determined this conduct constitutes a **Grade B violation.**

3   The offender has violated the supervision condition which states '**The defendant refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**

During a substance abuse treatment evaluation on February 10, 2012 , the offender stated that he refused to attend substance abuse counseling. Additionally, the offender was directed on several occasions to attend at leased one Narcotics Anonymous (NA) meeting weekly and provide probation documentation of his attendance. To date, the offender has failed to provide probation with attendance of any NA meetings.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

4   The offender has violated the supervision condition which states '**The defendant refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**

Subsequent to attempting to falsify the drug test on March 1, 2011, the offender admitted to using cocaine earlier that day. An Admission of Drug Use Form was completed and signed by the offender on that date.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

*Kevin P. Egli*

By: Kevin P. Egli
U.S. Probation Officer
Date: 03/07/12

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 5 Apr 12
[ ] No Action
[ ] Other

Signature of Judicial Officer

14 March 2012
Date